CENTER FOR DISABILITY ACCESS
Isabel Masanque, Esq., SBN 292673
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

WILLIAM M. MILLER (SBN: 216289)
wmiller@buchalter.com
BUCHALTER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Attorney for Defendant
Harry S. Audell

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARRY S. AUDELL, in individual and representative capacity as trustee of the Harry S. Audell Trust; LED ELECTRIC WHOLESALE, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 8:17-CV-02237-JLS-KES<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  The Parties hereby jointly notify the court that a global settlement has been
2  reached in the above-captioned case and the parties would like to avoid any additional
3  expense, and further the interests of judicial economy.

4  All Parties, therefore, apply to this Honorable Court to vacate all currently set
5  dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to
6  all parties will be filed within 60 days. The Parties further request that the Court
7  schedule a Status Conference/OSC Hearing approximately 60 days out at which the
8  Parties, by and through their attorneys of record shall show cause why this case has not
9  been dismissed.

11  Dated: February 27, 2018          CENTER FOR DISABILITY ACCESS

13                                    By: /s/ Phyl Grace
                                           Phyl Grace
                                           Attorneys for Plaintiff

15  Dated: February 27, 2018          BUCHALTER, APC

17                                    By: /s/ William M. Miller
                                           William M. Miller
18                                         Attorney for Defendant
                                           Harry S. Audell

1
2

## **SIGNATURE CERTIFICATION**

3  I hereby certify that the content of this document is acceptable to William M. Miller,
4  counsel for Harry S. Audell, and that I have obtained Mr. Miller's authorization to affix
5  his electronic signature to this document.

6

7  Dated: February 27, 2018            CENTER FOR DISABILITY ACCESS

8
                                       By: /s/ Phyl Grace
9                                          Phyl Grace
                                           Attorney for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28